# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE
## NO. 3:21-cv-112-RGJ

**STEPHANIE WILLIAMS**                                                               **PLAINTIFF**

**v.**

**BRECKINRIDGE COUNTY, KENTUCKY,**
**et al.**                                                                                      **DEFENDANTS**

## ORDER

The Agreed Motion having been made and the Court being otherwise sufficiently advised;

Plaintiff and all County Defendants to extend the deadlines for the Response and Reply to County Defendants' Motion to Dismiss, to reflect a Response due sixty (60) days following the filing of the County Defendants' Motion to Dismiss [DE 7}, and a Reply due thirty (30) days following the filing of Plaintiff's Response is hereby **GRANTED.**

                                                      _____
                                                      HON. REBECCA GRADY JENNINGS

                                                      DATE: _____