UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
NO. 3:21-cv-112-RGJ

STEPHANIE WILLIAMS     PLAINTIFF

v.

BRECKINRIDGE COUNTY, KENTUCKY,
et al.     DEFENDANTS

## ORDER

The Agreed Motion having been made and the Court being otherwise sufficiently advised;

Plaintiff and all County Defendants to stay this proceeding pending the resolution of the criminal proceeding involving Plaintiff that arises out of the same set of operative facts giving rise to the instant case is hereby **GRANTED.  Counsel shall file a status report every 120 days.**

_____
HON. REBECCA GRADY JENNINGS

DATE: _____