UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
NO. 3:21-CV-112-RGJ

**STEPHANIE WILLIAMS**                                              **PLAINTIFF**

**v.**

**BRECKINRIDGE COUNTY, KENTUCKY,**
**et al.**                                                          **DEFENDANTS**

## JOINT STATUS REPORT

Come the parties, by counsel, and pursuant to the Court's Order for a Joint Status Report on Plaintiff's pending criminal case, hereby states as follows:

1. With respect to Plaintiff's criminal case (20-M-00061), there is a Pre-Trial Conference scheduled for July 5, 2022. On June 2, 2022, the Commonwealth agreed to defer prosecution of Plaintiff for the underlying matter until June 2, 2023. As a part of this deferral, if Plaintiff satisfies all of the agreed upon conditions, the Commonwealth agrees to dismiss all charges against Plaintiff, and she will be required to dismiss this subject lawsuit. Please allow this Joint Status Report to satisfy the Court's Order, dated January 11, 2022.

Respectfully submitted,

/s/ Timothy Denison                          /s/ Carol S. Petitt
Timothy Denison                              Carol Schureck Petitt
235 S. Fifth Street, 3rd Floor               Tess M. Fortune
Louisville, Kentucky 40202                   VAUGHN PETITT LEGAL GROUP PLLC
(502) 589-6916                               7500 West Highway 146
timothydenison@aol.com                       Pewee Valley, Kentucky 40056
COUNSEL FOR PLAINTIFF                        (502) 243-9797
                                             cpetitt@vplegalgroup.com
                                             tfortune@vplegalgroup.com
                                             COUNSEL FOR COUNTY DEFENDANTS